ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
Assistant United States Attorney
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3380
     Facsimile:  (213) 894-2917
     Email:      justin.rhoades@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11-884-DMG |
| Plaintiff, | FINDINGS OF FACT AND ORDER FOR EXAMINATION TO DETERMINE COMPETENCY TO STAND TRIAL |
| v. | |
| JEFFREY CHOI, | |
| Defendant. | |

WHEREAS on June 20, 2012, the Court held a hearing in this case at which time the government requested that defendant be examined by a psychiatrist concerning his mental competency to stand trial, and

WHEREAS the Court has previously read the indictment and information provided by United States Pretrial Services, which raise concerns regarding defendant's competence, and

WHEREAS defense counsel does not object to the government's request for an examination,

1     THE COURT HEREBY FINDS, based upon the statements at the
2  hearing and all the files and records in this case,
3     THAT THERE IS REASONABLE CAUSE TO BELIEVE that defendant may
4  presently be suffering from a mental disease or defect rendering
5  him mentally incompetent to the extent that he is unable to
6  understand the nature and consequences of the proceedings against
7  him or to assist properly in his defense.
8     THEREFORE, THE COURT ORDERS THAT a psychiatric or
9  psychological examination of defendant be conducted by Saul J.
10 Faerstein, M.D., pursuant to 18 U.S.C. § 4241, to determine
11 whether defendant is presently suffering from a mental disease or
12 defect rendering him mentally incompetent to the extent that he
13 is unable to understand the nature and consequences of the
14 proceedings against him or to assist properly in his defense, and
15     THE COURT FURTHER ORDERS THAT a psychiatric or psychological
16 report of that examination be filed with the Court and served on
17 the parties, including (a) defendant's history and present
18 symptoms, (b) a description of any psychiatric, psychological, or
19 medical tests that were employed and their results, (c) Dr.
20 Faerstein's findings, and (d) Dr. Faerstein's opinions as to
21 diagnosis, prognosis, and whether defendant is suffering from a
22 mental disease or defect rending him mentally incompetent to the
23 extent that he is unable to understand the nature and
24 consequences of the proceedings against him or assist properly in
25 his defense, and
26     THE COURT FURTHER ORDERS THAT Dr. Faerstein's report shall
27 be filed and served by 45 days from the date of filing of this
28 Order, unless delays in obtaining medical records or the

1  intervening federal holidays cause Dr. Faerstein to require
2  additional time.
3       THE COURT FURTHER ORDERS THAT a hearing, pursuant to 18
4  U.S.C. § 4241, to determine the competency of defendant to stand
5  trial in this case will be scheduled by the Court after the
6  completion and filing of Dr. Faerstein's report of examination.
7       IT IS SO ORDERED.

  June 21, 2012
DATE                        DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
JUSTIN R. RHOADES
Assistant United States Attorney