cc: PSA - LA

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
Assistant United States Attorney
Violent and Organized Crime Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephones: (213) 894-3380
Facsimile: (213) 894-3713
E-mails: justin.rhoades@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY CHOI,

Defendants.

No. CR 11-884-DMG

FINDINGS OF FACT AND ORDER FOR EXAMINATION AND REPORT TO DETERMINE DEFENDANT'S COMPETENCY TO STAND TRIAL [99]

WHEREAS on July 25, 2013, the Court held a status hearing in this case at which time, on the Court's own motion, it ordered that defendant Jeffrey Choi ("defendant") be examined by Dr. Deobrah Miora concerning defendant's mental competency to stand trial;

WHEREAS the parties do not object to the Court's order for an examination;

THE COURT HEREBY FINDS, based upon the statements at the hearing and all the files and records in this case;

THAT THERE IS REASONABLE CAUSE TO BELIEVE that defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

THEREFORE, THE COURT ORDERS THAT Dr. Deborah Miora conduct a psychiatric or psychological examination of defendant pursuant to 18 U.S.C. § 4241, and supplement Dr. Miora's prior report, dated February 22, 2013. The purpose of Dr. Miora's updated report is to determine whether defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

THE COURT FURTHER ORDERS THAT the cost of Dr. Miora's examination and report be paid for by the government; and

THE COURT FURTHER ORDERS THAT the updated psychiatric or psychological report be filed with the Court and served on the parties no later than August 14, 2013.

THE COURT FURTHER ORDERS THAT a hearing, pursuant to 18 U.S.C. § 4247, to determine the competency of defendant to stand trial in this case, will take place on August 21, 2013 at 10:30 AM.

IT IS SO ORDERED.

July 29, 2013
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE